**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **XYLIE DESIREE ESHLEMAN,**<br>an individual,<br><br>**Petitioner,**<br>v.<br><br>**PETE HEGSETH, in his official**<br>**capacity as Secretary of Defense;**<br><br>**ROBERT F. KENNEDY, JR., in his**<br>**official capacity as Secretary of**<br>**Health and Human Services;**<br><br>**MARTIN A. MAKARY, M.D., M.P.H.,**<br>**in his official capacity as**<br>**Commissioner of Food and Drugs;**<br><br>**U.S. DEPARTMENT OF DEFENSE;**<br>**U.S. DEPARTMENT OF HEALTH**<br>**AND HUMAN SERVICES; and**<br>**U.S. FOOD AND DRUG**<br>**ADMINISTRATION,**<br><br>**Respondents.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. _____<br><br>**DECLARATION OF XYLIE**<br>**DESIREE ESHLEMAN** |

## DECLARATION OF XYLIE DESIREE ESHLEMAN

I, XYLIE DESIREE ESHLEMAN, pursuant to 28 U.S.C. § 1746, declare under penalty of

perjury under the laws of the United States of America that the following is true and correct to

the best of my personal knowledge, information, and belief:

## I. Identity and Standing

1.      I am over the age of eighteen, am competent to testify, and have personal knowledge of the facts stated herein except where stated upon information and belief.

2.      **I am a natural person and a citizen of the United States. I do not maintain a fixed residential street address. My mailing address of record for purposes of this proceeding is c/o Registered Agents Inc., 7901 4th St N, Suite 300, St. Petersburg, FL 33702.**

3.      I am the Petitioner in this action, appearing pro se under 28 U.S.C. § 1654. I am a co-founder and the Executive Director of Interest of Justice, Inc., a Florida nonprofit corporation. Pursuant to Rowland v. California Men's Colony, 506 U.S. 194 (1993), and Fed. R. Civ. P. 17, Interest of Justice, Inc. is not a party to this action.

## II. Citizen Petition FDA-2025-P-1807

4.      **I personally drafted Citizen Petition FDA-2025-P-1807 in its entirety. I personally signed and submitted it, with my co-filer Dustin Bryce Rosondich and Interest of Justice, Inc., to the U.S. Food and Drug Administration. The Petition was received by FDA's Dockets Management Staff on June 17, 2025, as confirmed by FDA's own December 12, 2025 letter signed by Katherine Szarama, Acting Director, Office of the Center**

Director, Center for Biologics Evaluation and Research. As of today, May 4, 2026, FDA-2025-P-1807 has been pending 321 days — 141 days past the 180-day regulatory deadline at 21 C.F.R. § 10.30(e)(2) — without substantive response.

5.    FDA's regulatory deadline for substantive response under 21 C.F.R. § 10.30(e)(2) was December 14, 2025. FDA's December 12, 2025 interim response — issued one day before the deadline — does not address any substantive ground of the Petition on the merits and does not specify when a final response will be furnished. As of the date of this Declaration, FDA-2025-P-1807 has been pending 321 days, 141 days past the statutory deadline.

### III. FOIA Request 2023-00542-FOIA-OS and Related Appeal

6.    On March 6, 2023, Interest of Justice, Inc. — the Florida nonprofit corporation of which I am a co-founder and Director — submitted a Freedom of Information Act request to the Department of Defense (Case 23-F-0548), seeking the reports to Congress required by 50 U.S.C. § 1520a for experiments involving COVID-19 vaccines. I personally drafted the request. My then-co-founder Dustin Bryce Rosondich served as the listed contact agent for the corporation; the contact telephone number on the

request, +1-323-244-2960, is my personal number, and agency communications addressed to Mr. Rosondich at that number were physically received by me.

7. **On March 9, 2023, the Department of Defense responded that the request was "misdirected" and referred Interest of Justice to the Department of Health and Human Services. The Department of Health and Human Services assigned the request case number 2023-00542-FOIA-OS by acknowledgement letter dated March 13, 2023.**

8. On June 26, 2023, the Department of Health and Human Services formally responded that "a representative from the Immediate Office of the Secretary (IOS) conducted a search and reports there are no records responsive to your request." The relevant correspondence is attached as Exhibit D.

9. **On January 21, 2024, Interest of Justice submitted a Freedom of Information Act appeal (Appeal Case 2024-00086-A-OS), explaining that the requested records were statutorily required to exist before any covered test or experiment could be conducted and that a "no records" response was an admission of statutory non-compliance, not a basis for withholding. I personally drafted the appeal. Mr. Rosondich signed the appeal on the corporation's behalf. As of the date of this Declaration, no substantive response to the appeal has been received.**

## IV. Earlier Petition (Pattern Evidence Only)

10.    **I personally drafted and personally filed Citizen Petition FDA-2022-P-2411 on September 30, 2022. I personally drafted and personally filed an Amended Citizen Petition on January 26, 2023, providing additional documentary evidence of safety concerns. On March 29, 2023, FDA dismissed the Amended Petition on the procedural ground that it had "already responded to the original petition," without evaluating the substantial new evidence I had submitted in the amendment.**

11.    I describe Petition FDA-2022-P-2411 not as a separate basis for the mandamus relief sought in this action — Count II of the Petition seeks mandamus only as to the current FDA-2025-P-1807 — but as evidence of FDA's pattern of non-substantive engagement with my earlier safety-related petitions, which is relevant to the unreasonableness of the current delay under the TRAC factors discussed in Count II.

## V. Personal Injury and Resources Expended

12.    I have personally expended substantial time and out-of-pocket resources pursuing the administrative remedies described above, including travel costs, document-production costs, time spent drafting and submitting petitions and FOIA requests, and time spent monitoring agency dockets.

12A.    Members of my immediate family were administered the COVID-19 mRNA Products. My mother was administered a third dose of the Products. She experienced immediate severe adverse reactions following the third dose. She died within days of administration of that third dose. My father was also administered a third dose of the Products. He suffered a stroke. He died approximately eleven (11) days after my mother. To my personal knowledge, neither of my parents was advised by their administering provider of the risk of stroke or of the specific adverse-event profile that subsequently manifested in their cases.

12B.    I rely on the statutorily-mandated disclosures of 50 U.S.C. § 1520a(d) to make ongoing health decisions for myself, for any future immediate family members, and for the dependents for whom I stand in a protective and informational relationship. The continued non-filing of the report by the Department of Defense deprives me of the disclosures that Congress, in enacting § 1520a, made a precondition of any test or experiment involving biological agents on the United States civilian population. I do not assert in this Declaration that my parents' adverse events or deaths were caused by the COVID-19 vaccine products; I assert the foregoing facts as evidence of my personal interest in the disclosures § 1520a(d) was enacted to compel and as evidence of my reliance on those disclosures for ongoing health decisions.

**13.    From approximately September 2024 through April 2026 — a period of roughly six to eight months of intensive work followed by additional drafting and revisions**

— I personally devoted many hours each day to drafting, filing, and pursuing the Citizen Petitions, the Freedom of Information Act request and appeal, and the preparation of the present Verified Petition. I conservatively estimate that I have personally devoted in excess of 1,500 hours to these matters. The court filing fees and associated filing costs for this action are the $405 federal civil filing fee under 28 U.S.C. § 1914. The substantial time I have devoted to these administrative and legal proceedings has displaced opportunities to perform compensated professional work.

## VI. Verification

14.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 4, 2026, outside the United States, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746(1).

*Xylie Eshleman*

Xylie Desiree Eshleman, Pro Se
 c/o Registered Agents Inc.
 7901 4th St N, Suite 300
 St. Petersburg, FL 33702
Telephone: (323) 244-2960
Email: xylie@interestofjustice.org